# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5045**

**September Term, 2023**

FILED ON: AUGUST 12, 2024

DAMIEN GUEDES, ET AL.,
                    APPELLANTS

FIREARMS POLICY COALITION, INC.,
                    APPELLEE

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL.,
                    APPELLEES

---

On Remand from the Supreme Court of the United States

---

Before: SRINIVASAN, *Chief Judge*, WILKINS, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on remand from the Supreme Court of the United States. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that, in accordance with the Supreme Court's judgment filed June 24, 2024, vacating this court's August 9, 2022 judgment, and remanding with instructions to consider this case in light of *Garland v. Cargill*, 602 U.S. 406 (2024), we hereby vacate the District Court's grant of summary judgment and remand to the District Court with instructions to enter judgment in favor of the Plaintiffs.

The Clerk is directed to issue the mandate forthwith.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk